THOMAS E. WINNER
Nevada Bar No. 5168
LARA L. MILLER
Nevada Bar No. 12618
WINNER & BOOZE
1117 S. Rancho Drive
Las Vegas, NV 89102
Phone (702) 243-7000
Facsimile (702) 243-7059
twinner@winnerfirm.com
lmiller@winnerfirm.com
*Attorneys for United Financial Casualty Co.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT CHRISTIAN GOMEZ, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>ISRAEL MORALES-MARTINEZ; UNITED FINANCIAL CASUALTY COMPANY dba UFCC; DOE CLAIM ADJUSTER I through X; DOE CLAIM SUPERVISOR I through X; and ROE INSURANCE COMPANY XI through XX; DOES I-X; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO: 2:25-CV-02375-JAD-DJA<br><br>**STIPULATION & ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 18 |

IT IS HEREBY STIPULATED by and between Plaintiff, ROBERT CHRISTIAN GOMEZ, by and through his counsel, Joshua Berrett of Bighorn Law and Daniela Madrid Hadges of the House of Law and Defendant, UNITED FINANCIAL CASUALTY COMPANY dba UFCC, by and through their attorneys, Thomas E. Winner and Lara L. Miller of the law firm of Winner & Booze, that the Plaintiff's Complaint be dismissed with prejudice, and each party to bear their own costs, interest, and attorney's fees.

IT IS FURTHER STIPULATED that no jury fees were posted in the above-mentioned matter.

Page 1 of 2

IT IS FURTHER STIPULATED THAT the no trial date has been scheduled in this matter.

DATED this ___23RD___ day of February, 2026,

BIGHORN LAW

_____

Kimball Jones, Esq.
Nevada Bar No. 12982
Joshua P. Berrett, Esq.
Nevada Bar No. 12697
3675 West Cheyenne Ave., Suite 100
North Las Vegas, Nevada 89032
And
HOUSE OF LAW
Daniela Madrid Hadges, Esq.
Nevada Bar No. 13530
11920 Southern Highlands Parkway
Suite 200
Las Vegas, Nevada 89141
Attorneys for Plaintiff

DATED this ___15___ day of February, 2026,

WINNER & BOOZE

_____

Thomas E. Winner, Esq.
Nevada Bar No. 5168
Lara L. Miller, Esq.
Nevada Bar No. 12618
1117 S. Rancho Dr.
Las Vegas, NV 89102
*Attorney for Defendants*

**ORDER**

Based on the parties' stipulation **[ECF No. 18]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: February 25, 2026

